# UNITED STATES DISTRICT COURT

### Eastern District of Missouri

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | **(For a Petty Offense)** - Short Form |
| MICHAEL F. FORTINI | CASE NUMBER:   4:07CR44 AGF |

**THE DEFENDANT:**

Preston E. Roskin
_____
Defendant's Attorney

☒ pleaded guilty to count(s) I of the Information on 1/25/07 _____

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR § 4.23(a)(2) | Unlawfully operated and was in actual control of a motor vehicle while under the influence of alcohol | March 17, 2006 | I |

☐ Count(s) _____ _____ dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney.

|  | Assessment | Fine |
|---|---|---|
| Count I | $10.00 | $1,000.00 |
| Totals: | $10.00 | $1,000.00 |

The special assessment of $10 is due immediately. The fine of $1,000 is due in full within 3 months of the date of this judgment.

Defendants Soc. Sec. No 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

Defendant's Date of Birth.: August 23, 1985

Defendant's USM No.: _____

Defendant's Residence Address:
16613 Halston Lane

Chesterfield, MO 63005

Defendant's Mailing Address:
SAME AS ABOVE

April 6, 2007
_____
Date of Imposition of Judgment

_____
Signature of Judicial Officer

Honorable Audrey G. Fleissig
United States Magistrate Judge
_____
Name and Title of Judicial Officer

April 6, 2007
_____
Date